**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:___ 3/24/2022

JULIAN KAHLON,

                                             Plaintiff,                    **20-CV-03774 (MKV)(SN)**

                      -against-                                           **ORDER**

PROJECT VERTE INC.,

                                             Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        In light of Judge Vyskocil's issuance of an opinion and order on the parties' cross-

motions for summary judgment, ECF No. 109, the parties are directed to contact Courtroom

Deputy Rachel Slusher, rachel_slusher@nysd.uscourts.gov, to schedule a settlement conference

if it would be productive at this time. In light of the Court's busy calendar, settlement

conferences must generally be scheduled at least four to six weeks in advance. The Court will

likely be unable to accommodate last-minute requests for settlement conferences, and the parties

should not anticipate that litigation deadlines will be adjourned in response to late requests for

settlement conferences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      March 24, 2022
            New York, New York