# Silverberg P.C.

320 Carleton Ave., Suite 6400, Central Islip, New York 11722
Phone: 631-778-6077
www.silverbergpclaw.com

KARL SILVERBERG
ksilverberg@silverbergpclaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/3/2022
```

May 2, 2022

**VIA ECF**

Hon. Mary Kay Vyskocil, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

    Re:    *Julian Kahlon v. Project Verte Inc.*, 20-cv-03774-MKV
    Sub-Re:    Request Adjournment of Conference

Dear Hon. Judge Vyskocil,

    Silverberg P.C. has just appeared on plaintiff Julian Kahlon's behalf, and I have filed a proposed consent order for substituting counsel for your Honor's consideration. There is a pretrial conference set for May 12, 2022, and a joint status letter due one week before the conference. Given my recent appearance in the above case, and given my current schedule, I write to request that the above conference be adjourned four weeks so as to give me time to get up to speed on the case. This is my first request for an adjournment. Counsel for defendant Project Verte Inc. consents to the adjournment.

                        Very Truly Yours,

                        /s/ Karl Silverberg

                        Karl Silverberg

cc via ECF: A Michael Weber, Esq., *Attorney for Defendant Project Verte*

---

GRANTED. The conference is ADJOURNED to June 13, 2022 at 10:00 a.m. Joint status letter due one week before the conference.

Date: May 3, 2022
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge