Case 1:20-cv-03774-MKV   Document 118   Filed 05/17/22   Page 1 of 2



**Littler Mendelson, P.C.**
One Century Tower
265 Church Street
Suite 300
New Haven, CT 06510

Rina Bersohn
203.974.8741 direct
203.974.8700 main
rbersohn@littler.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/17/2022
```

May 13, 2022

**VIA ECF**

Hon. Mary Kay Vyskocil
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

> Granted. The conference will take place on July 18, 2022 at 10:30 a.m.
>
> Date: May 17, 2022
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

Re:   Julian Kahlon v. Project Verte, Inc.
        Case No. 1:20-cv-03774-MKV

Dear Judge Vyskocil:

    This law firm represents Defendant Project Verte, Inc. ("Project Verte"). The parties to this action are in receipt of this Court's order of May 3, 2022 adjourning the conference in this matter to June 13, 2022 (ECF No. 115), with a joint status letter due one week prior to the conference. On June 13, 2022, undersigned counsel will be preparing for a medical procedure that will take place the following day and thus will not be able to appear in court. Undersigned counsel has appeared on behalf of Project Verte at all prior court conferences in this matter, has taken Plaintiff's deposition, and, with one exception, has defended all depositions of defense witnesses in this matter. Accordingly, it is appropriate that undersigned counsel attend the court conference. As such, undersigned counsel respectfully requests, with the consent of counsel for Plaintiff Julian Kahlon ("Plaintiff"), that the court reschedule the conference to any of the following dates: July 18, 19, 25, or 26, 2022. This is undersigned counsel's first request for an adjournment of this conference.

    Further, the parties jointly seek confirmation from the Court that the joint pre-trial order in this matter shall be due within thirty (30) days of the conference, as set forth in Your Honor's Individual Rules, Rule 7(A).

littler.com

Hon. Mary Kay Vyskocil
May 13, 2022
Page 2

Respectfully submitted,

*/s/Rina Bersohn*

Rina Bersohn

cc: All counsel of record (via ECF)