```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIAN KAHLON,

                Plaintiff,

-against-

PROJECT VERTE INC.,

                Defendant.

20-cv-3774 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    On July 18, 2022, the Court held a pretrial conference in this case. As the Court stated at the conference, IT IS HEREBY ORDERED that the parties shall file a joint letter by July 25, 2022 informing the Court whether the trial will be a jury trial or a bench trial.

    IT IS FURTHER ORDERED that the parties shall file their Joint Pretrial Order by August 25, 2022. The parties should also submit any proposed consent order permitting witnesses to appear by videoconference by August 25, 2022.

    The Court will set a trial date and deadlines for other pretrial submissions upon receipt of the parties' July 25 joint letter.

**SO ORDERED.**

**Date: July 18, 2022**
**New York, NY**

_/s/ Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**

1