**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

JULIAN KAHLON,

                                        **Plaintiff,**                          **20-CV-03774 (MKV) (SN)**

                    -against-                              **SETTLEMENT CONFERENCE**
                                                                           **ORDER**

PROJECT VERTE INC.,

                                        **Defendant.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

A settlement conference is scheduled for Tuesday, October 4, 2022, at 10:00 a.m. and will be held in Courtroom 219 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007.

The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Tuesday, September 27, 2022.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

DATED:      August 1, 2022
                New York, New York

SARAH NETBURN
United States Magistrate Judge