```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2022
```

**Joint Letter**

September 14, 2022

**VIA ECF**

Hon. Mary Kay Vyskocil, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

      **Re:**     *Julian Kahlon v. Project Verte Inc.*, SDNY 20-cv-03774-MKV
      **Sub-Re:**  Motion *In Limine* Schedule

Dear Hon. Judge Vyskocil,

      Pursuant to your Honor's Order, Dkt. 125, the parties are to submit motions *in limine* by October 6, 2022. Counsel for all parties believe that the deadline for motions *in limine* would be better suited if the deadline occurred after the parties submit their pre-trial submissions, which submission are due by October 24, 2022. The parties request that motions *in limine* filing deadline be November 1, 2022, with oppositions due by November 15th.

Very Truly Yours,

/s/ Karl Silverberg                                  /s/ Rina Bersohn

Karl Silverberg                                         Rina Bersohn
*Attorney for Plaintiff Julian Kahlon*        *Attorneys for Defendant Project Verte*

---

**Granted. SO ORDERED.**

Date: October 3, 2022
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge